**POLSINELLI LLP**
CHARLES O. THOMPSON (SBN: 139841)
cthompson@polsinelli.com
GARRETT PARKS (SBN: 297971)
gparks@polsinelli.com
EMILY M. ERDMAN (SBN: 301462)
eerdman@polsinelli.com
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone:   (415) 248-2100
Facsimile:   (415) 248-2101

Attorneys for Defendant
PLASTIC PACKAGE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIO GUTIERREZ,<br><br>                    Plaintiff,<br><br>       v.<br><br>PLASTIC PACKAGE, INC.; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT**<br><br>(Superior Court of California for the County of Sacramento Case No.: 34-2016-00194663)<br><br>State Court Action Filed: May 17, 2016 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant PLASTIC PACKAGE, INC. ("PPI"), hereby removes the above-captioned action from the Superior Court of the State of California for the County of Sacramento, to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C.§ 1441 *et seq.*, asserting original federal jurisdiction and joinder under the Family and Medical Leave Act (FMLA), codified in relevant part at 29 U.S.C. § 2601 *et seq.*, and states that the removal is proper for the following reasons:

**PLEADINGS AND PROCEEDINGS TO DATE**

1. On or around May 17, 2016, Plaintiff filed a Complaint in the Superior Court of California, County of Sacramento against PPI captioned "Rosio Gutierrez v. Plastic Package, Inc.; and Does 1 through 100, Case No.: 34-2016-00194663."

2. July 8, 2016, Plaintiff served the Complaint via personal service. Declaration of Charles O. Thompson ("Thompson Dec.") ¶ 2. A copy of the Summons, Complaint and Civil Cover Sheet is attached to the Thompson Declaration as **Exhibit A**, and constitutes all process, pleadings, and orders purported to be served in this action. 28 U.S.C. § 1446(a).

3. The Complaint alleges nine causes of action: (1) Retaliation in violation of California Labor Code §§ 1102.5 and 98.6; (2) Retaliation in violation of the FMLA, 29 U.S.C. 2601 *et seq*. and 29 C.F.R. 825.100 *et seq*.; (3) Harassment based on race, California Government Code § 12940(a); (4) Discrimination based on sex, California Government Code § 12940(a); (5) Discrimination based on disability, California Government Code § 12940(a); (6) Failure to accommodate a disability, California Government Code § 12940(m); (7) Failure to engage in the interactive process, California Government Code § 12940(n); (8) Failure to prevent harassment, retaliation and discrimination, California Government Code § 12940(k); and (9) Wrongful termination in violation of public policy, California Government Code §§ 98.6, 1102.5, and 12940(h) and (k).

**TIMELINESS OF REMOVAL**

4. This Notice of Removal is being filed within thirty (30) days of service, which was Defendant's first receipt of the Complaint through any means of purported service. Thompson Dec. ¶ 2. Thus, removal is timely pursuant to 28 U.S.C. Section 1446(b)(2)(B) and Rule 6(a) of the Federal Rules of Civil Procedure.

**FEDERAL QUESTION JURISDICTION BASED ON THE FAMILY AND MEDICAL LEAVE ACT**

5. 28 U.S.C. § 1441(a) permits a defendant to remove a civil action from state court to federal court provided original jurisdiction lies in the court to which the action is removed.

6. This Court has original jurisdiction over this action based on a federal question

under 28 U.S.C. §1331 because the Complaint invokes federal law, specifically the FMLA, 29 U.S. § 2601, *et seq.*

7. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367(a) because those claims are based on the same facts, events transactions and occurrences as Plaintiff's FMLA claim and are so related to her FMLA claim as to form part of the same case and controversy. *See e.g.*, *Jackson v. Simon Property Grp., Inc.*, 795 F. Supp. 2d 949, 956 (N.D. Cal. 2011) (noting removal of an action with FMLA claims and state law claims).

**VENUE**

8. Pursuant to 28 U.S.C. §§ 1446(a) and 84(b), the United States District Court for the Eastern District of California is the proper venue for removal because the Superior Court of the State of California, County of Sacramento is in the Eastern District of California.

**NOTICE OF REMOVAL**

9. PPI will concurrently serve this Notice of Removal on Plaintiff and file it with the Clerk of the Superior Court of the State of California for the County of Sacramento, as required under 28 U.S.C. § 1446(d).

10. PPI expressly reserves all rights and defenses related to Plaintiff's claims.

WHEREFORE, PPI removes this action from the Superior Court of the State of California for the County of Sacramento to this Court pursuant to 28 U.S.C. § 1441.

Dated:  August 5, 2016	**POLSINELLI LLP**

By:	*/s/ Charles O. Thompson*
CHARLES O. THOMPSON
GARRETT PARKS
EMILY ERDMAN

Attorneys for Defendant
PLASTIC PACKAGE, INC.

3
NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT
53860936.1