Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zane@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Attorneys for Plaintiffs,
ROSIO GUTIERREZ-CATHEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIO GUTIERREZ-CATHEY,<br><br>    Plaintiff,<br><br>v.<br><br>PLASTIC PACKAGE, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:16-CV-01852-MCE-CKD<br><br>**ORDER**<br><br>Action Filed: May 17, 2016<br>Trial Date:    TBD |

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED** that this Court grants leave for Plaintiff Rosio Gutierrez to amend her Complaint. This First Amended Complaint shall be filed with the Court no later than 7 days from service of this order. Defendant's Motion to Dismiss, presently scheduled for September 22, 2016, is to be removed from the Court's calendar. It is further ordered that Defendant shall have up to forty-four (44) days from the date Plaintiff files and serves the First Amended Complaint to file and serve its response.

   IT IS SO ORDERED.
Dated:  September 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

**ORDER**

*Gutierrez v. Plastic Package, Inc.*                                                                Lawrance A. Bohm, Esq.
Case No.: 2:16-CV-01852-MCE-CKD                                                     Zane E. Hilton, Esq.