Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Zane E. Hilton (SBN: 305207)
zane@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Attorneys for Plaintiffs,
ROSIO GUTIERREZ-CATHEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIO GUTIERREZ-CATHEY,<br><br>    Plaintiff,<br><br>    v.<br><br>PLASTIC PACKAGE, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:16-CV-01852-MCE-CKD<br><br>**ORDER**<br><br>Action Filed: May 17, 2016<br>Trial Date:    TBD |

Pursuant to the parties' stipulation, and good cause having been shown, it is hereby ordered Plaintiff Rosio Gutierrez is granted leave to amend her Complaint. The First Amended Complaint shall be filed not later than seven (7) days following the date this Order is electronically filed. Defendant's Motion to Dismiss (ECF No. 5) is DENIED as moot, and the September 22, 2016, is VACATED. It is further ordered that Defendant shall have up to forty-four (44) days from the date Plaintiff's files and serves the First Amended Complaint to file and serve its response.

IT IS SO ORDERED.

Dated: September 16, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

ORDER

*Gutierrez v. Plastic Package, Inc.*          Lawrance A. Bohm, Esq.
Case No.: 2:16-CV-01852-MCE-CKD          Zane E. Hilton, Esq.