POLSINELLI LLP
CHARLES O. THOMPSON (SBN: 139841)
cthompson@polsinelli.com
GARRETT PARKS (SBN: 297971)
gparks@polsinelli.com
EMILY M. ERDMAN (SBN: 301462)
eerdman@polsinelli.com
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111
Telephone:    (415) 248-2100
Facsimile:     (415) 248-2101 Fax

Attorneys for Defendant
PLASTIC PACKAGE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIO GUTIERREZ,<br><br>             Plaintiff,<br><br>     v.<br><br>PLASTIC PACKAGE, INC.; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 2:16-CV-01852-MCE-CKD<br><br>**ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Superior Court of California for the County of Sacramento Case No.: 34-2016-001946) |

Plaintiff Rosio Gutierrez ("Plaintiff") and Defendant Plastic Package, Inc. ("PPI") (collectively, the "Parties"), through their counsel, stipulate and agree as follows:

1.  On May 17, 2016, Plaintiff filed a complaint for damages against PPI in the Superior Court of California, County of Sacramento, Case No. 34-2016-00194663 ("State Court Complaint").

2.  On July 8, 2016, Plaintiff served the State Court Complaint on PPI.

3.  On August 5, 2016, PPI timely removed the State Court Complaint to this Court ("Federal Court Action").

4.  On August 11, 2016, PPI moved to dismiss seven of the nine causes of action pleaded in the Federal Court Action.

5. On September 23, 2016, in lieu of opposing PPI's motion, Plaintiff filed and served a first amended complaint ("FAC") in the Federal Court Action.

6. On September 26, 2016, PPI moved to dismiss seven of the nine causes of action pleaded in the FAC.

7. On September 26, 2016, the parties participated in mediation to attempt to resolve the FAC and Federal Court Action in its entirety.

8. The mediation resulted in the parties entering into a Confidential Settlement Agreement and General Release of Claims ("Settlement Agreement").

9. The Parties have agreed to dismiss the FAC and Federal Court Action with prejudice, with each party to bear its own attorneys' fees and costs.

10. Plaintiff further agrees that this stipulation will be enforceable in any and all future actions filed against PPI arising out of or relating to the facts supporting the allegations set forth in the State Court Complaint, Federal Court Action, and FAC.

Pursuant to Local Rule 131(e), counsel for PPI represents that Plaintiff's counsel has authorized submission of this document on Plaintiff's behalf.

DATED: October 6, 2016						POLSINELLI LLP

							By:	*/s/ Charles O. Thompson*
								CHARLES O. THOMPSON
								GARRET PARKS
								EMILY ERDMAN

								Attorneys for Defendant
								PLASTIC PACKAGE, INC.

DATED: October 6, 2016						BOHM LAW GROUP, INC.

							By:	*/s/ Lawrance A. Bohm*
								(as authorized on 10/6/2016)
								LAWRANCE A. BOHM, ESQ.
								ZANE E. HILTON, ESQ.

								Attorneys for Plaintiff
								ROSIO GUTIERREZ

**ORDER**

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, the Court hereby orders the above-captioned action DISMISSED in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Polsinelli LLP
Three Embarcadero Center, Suite 1350
San Francisco, CA 94111
(415) 248-2100

54864750.1            3            2:16-CV-01852-MCE-CKD
ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE